## DOAR RIECK KALEY & MACK
### ATTORNEYS AT LAW

JOHN JACOB RIECK, JR.
JOHN F. KALEY
WALTER MACK
EDWARD SCARVALONE

SPECIAL COUNSEL
JOHN DOAR

OF COUNSEL
AMY ROTHSTEIN
EILEEN MINNEFOR
DAVID RIVERA
JAMES I. WASSERMAN

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com
website: www.doarlaw.com

October 28, 2011

ECF Transmittal

Judge Sandra L. Townes
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Townes:

I am writing with regard to <u>United States v. Bombino, et al.</u>, 2010 Cr. 0147 (S-1)(SLT) to request Your Honor excuse my client, Michael Sciaretta, from attending the next conference scheduled for 4:30 p.m. on Tuesday, November 22, 2011. Mr. Sciaretta, while not living in South Jersey like Miss DiMichele, lives in Central Jersey approximately two hours from the Courthouse. More significantly, every time he appears in court he stands to loose a day's pay. Since he is not an affluent individual, this loss of income adversely affects his family which is already suffering from the cost of defending him against a charge of defrauding his former employer of $2,500. Of course, Mr. Sciaretta will be represented at the conference by one or more of his attorneys.

Sincerely,

John Jacob Rieck, Jr.

cc: All counsel (ECF)