LAW OFFICES OF
# CHRISTOPHER E. CHANG
140 BROADWAY
FORTY-SIXTH FLOOR
NEW YORK, NEW YORK 10005

BROOKLYN OFFICE

TELEPHONE
(212) 208-1470

(212) 208-1468 (fax)
e-mail: cechang@juno.com

January 19, 2012

**By ECF**

Honorable Sandra L. Townes
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

The application is  X granted.
SO ORDERED.       ___ denied.

s/ SLT
Sandra L. Townes, U.S.D.J.
Dated: January 30, 2012
Brooklyn, New York

RE: United States v. DiMichele, *et al.*
Cr No. 10-147 (S-3)

Your Honor:

This office represents defendant Michael Sciaretta in the above-referenced action.

Mr. Sciaretta requests the Court's permission to travel to attend his son's youth hockey tournament in Virginia during the weekend of February 17-20, 2012. Mr. Sciaretta would leave on Friday, February 17th and return home on Monday, February 20th. The name of the tournament is the *Congressional Presidents Cup* and will be played at two locations: Ashburn Ice House, 21595 Smiths Switch Road, Ashburn, VA 20147 and Kettler Capitals Iceplex, 627 North Glebe Road, Arlington, VA 22203. Mr. Sciaretta and his entire family will be staying at Embassy Suites Dulles Airport, 13341 Woodland Park Road, Herndon, VA 20171. The government does not oppose this application.

If Your Honor has any questions, please do not hesitate to have your Courtroom Deputy contact me.

Respectfully submitted,

Christopher E. Chang

cc: AUSA Rachel Nash