LAW OFFICES OF

# Christopher E. Chang

140 BROADWAY

FORTY-SIXTH FLOOR

NEW YORK, NEW YORK 10005

TELEPHONE
(212) 208-1470

(212) 208-1468 (fax)
e-mail: cechang@juno.com

January 31, 2012

**By ECF**

Honorable Sandra L. Townes
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

      RE: United States v. DiMichele, *et al.*
          Cr No. 10-147 (S-3)

Your Honor:

      This office represents defendant Michael Sciaretta in the above-referenced action. I am writing to supplement my January 19, 2012 letter application requesting that Mr. Sciaretta be permitted to travel to attend his son's youth hockey tournament in Virginia during the weekend of February 17-20, 2012. On Friday, January 27th, I confirmed with Erin Rodriguez, Mr. Sciaretta's Pretrial Services officer, that Pretrial Services does not oppose Mr. Sciaretta's travel request. Ms. Rodriguez further informed me that she notified your Courtroom Deputy of Pretrial Services' position on Thursday, January 26th.

      If Your Honor has any questions, please do not hesitate to have your Courtroom Deputy contact me.

                              Respectfully submitted,

                              Christopher E. Chang

cc: AUSA Rachel Nash