LAW OFFICES OF
# CHRISTOPHER E. CHANG
140 BROADWAY
FORTY-SIXTH FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE
(212) 208-1470

(212) 208-1468 (fax)
e-mail: cechang@juno.com

April 25, 2012

**By ECF**

Honorable Sandra L. Townes
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

The application is  X granted.
SO ORDERED.       ___ denied.
    s/ SLT
_____
Sandra L. Townes, U.S.D.J.
Dated: May 1, 2012
Brooklyn, New York

RE: United States v. DiMichele, *et al.*
CR No. 10-147 (S-4)(SLT)

Your Honor:

I am one of the attorneys representing defendant Michael Sciaretta in the above-referenced action.

Mr. Sciaretta requests the Court's permission to travel to attend his son's youth hockey tournament in Marlborough, MA from May 17-20, 2012. Mr. Sciaretta would leave during the afternoon of Thursday, May 17th and return home on Sunday, May 20th. The tournament will be played at New England Sports Center, 121 Donald Lynch Blvd., Marlborough, MA 01752. Mr. Sciaretta and his family will be staying at the Courtyard Marriott, 75 Felton Street in Marlborough. I have previously contacted AUSA Rachel Nash and Erin Rodriguez, Mr. Sciaretta's pre-trial services officer, regarding this application. The government and pre-trial services do not oppose this application.

If Your Honor has any questions, please do not hesitate to have your Courtroom Deputy contact me.

Respectfully submitted,

Christopher E. Chang

cc: All Counsel of Record
    Erin Rodrigeuz (By E-mail)