LAW OFFICES OF
## CHRISTOPHER E. CHANG
140 BROADWAY

FORTY-SIXTH FLOOR

NEW YORK, NEW YORK 10005

TELEPHONE  
(212) 208-1470

(212) 208-1468 (fax)  
e-mail: cechang@juno.com

June 6, 2012

**By ECF**

Honorable Sandra L. Townes  
United States District Judge  
225 Cadman Plaza East  
Brooklyn, New York 11201

       RE: United States v. DiMichele, *et al.*  
           CR No. 10-147 (S-4)(SLT)

Your Honor:

       I am one of the attorneys representing defendant Michael Sciaretta in the above-referenced action.

       Mr. Sciaretta requests the Court's permission to travel to attend his son's youth hockey tournament in Stamford, Connecticut from June 22-24, 2012. The tournament, Connecticut Yankees Spring Classic, will be played at 1063 Hope Street, Stamford, Connecticut 06907-2109. Mr. Sciaretta and his family will be making day trips to attend the tournament. I have previously contacted AUSA Rachel Nash and Erin Rodriguez, Mr. Sciaretta's pre-trial services officer, regarding this application. The government and pre-trial services do not oppose this application.

       If Your Honor has any questions, please do not hesitate to have your Courtroom Deputy contact me.

                                         Respectfully submitted,

                                         Christopher E. Chang

cc: All Counsel of Record  
    Erin Rodrigeuz (By E-mail)