LAW OFFICES OF
# CHRISTOPHER E. CHANG
140 BROADWAY
FORTY-SIXTH FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE
(212) 208-1470

(212) 208-1468 (fax)
e-mail: cechang@juno.com

July 10, 2012

**By ECF**

Honorable Sandra L. Townes
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

       RE: United States v. DiMichele, *et al.*
           CR No. 10-147 (S-4)(SLT)

Your Honor:

       I am one of the attorneys representing defendant Michael Sciaretta in the above-referenced action.

       Mr. Sciaretta requests the Court's permission to travel to attend his son's youth hockey tournament in Newark, Delaware from July 20-22, 2012. The tournament will be played at The Pond Ice Arena & Performance Center, 101 John F. Campbell Drive, Newark, Delaware 19711. Mr. Sciaretta and his family will be staying at the Hilton Wilmington/Christiana, 100 Continental Drive, Newark, Delaware 19713 during the tournament. I have previously contacted AUSA Rachel Nash and Erin Rodriguez, Mr. Sciaretta's pre-trial services officer, regarding this application. The government and pre-trial services do not oppose this application.

       If Your Honor has any questions, please do not hesitate to have your Courtroom Deputy contact me.

                                          Respectfully submitted,

                                          Christopher E. Chang

cc: All Counsel of Record
    Erin Rodrigeuz (By E-mail)